UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LEOCADIA RODRIGUEZ, :
:
                         Plaintiff, :
:          22-CV-1909 (VSB)
        -against- :
:               **ORDER**
EDISON RESTARUANT, LUIS ROBERTO :
MEDINA, and MALALO MEDINA a/k/k :
ZUNILDA NUÑEZ, :
:
                     Defendants. :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on March 7, 2022. (Doc. 1.) On April 5, 2022, Plaintiff returned summonses indicating that Defendants had been served and that their answers were due on April 7, 2022. (Docs. 10–11.) Defendants have yet to appear in this action. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 6, 2022. If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 15, 2022
            New York, New York

                                                                         _____
                                                                         VERNON S. BRODERICK
                                                                         United States District Judge