UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LEOCADIA RODRIGUEZ,                                        :
                                                           :
                              Plaintiff,                   :
                                                           :                22-CV-1909 (VSB)
                    -against-                              :
                                                           :                **ORDER**
EDISON RESTARUANT, LUIS ROBERTO                            :
MEDINA, and MALALO MEDINA a/k/k                            :
ZUNILDA NUÑEZ,                                             :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On July 1, 2022, I endorsed the parties' case management plan and scheduling order,

which indicated that all discovery would be complete no later than December 12, 2022.  (Doc.

22.)  A post-discovery conference is currently set for December 30, 2022 at 3:30 PM.  (*Id.*)

On November 3, 2022, Lauriano Guzman filed a motion to withdraw as counsel for

Defendants, citing "irreconcilable differences."  (Doc. 24.)  I endorsed Mr. Guzman's motion

and ordered the Defendants to retain new counsel or contact the *pro se* office by December 5,

2022.  (Doc. 26.)  I also directed Mr. Guzman to send a copy of the Order to Defendants, which

he documented on November 8, 2022.  (Doc. 27.)  To date, no attorney has filed a notice of

appearance on behalf of Defendants, and there is no indication on the docket that Defendants

intend to proceed *pro se*.  Accordingly, it is hereby

ORDERED that Plaintiff file a letter on the docket describing

    1.  The status of discovery in this action;

    2.  Any attempted or actual contact with Defendants since filing the case

management plan; and

3.  Whether Plaintiff is aware of any additional addresses for Defendants other than

    those identified in the certificate of service filed by Mr. Guzman.  (Doc. 27.)

SO ORDERED.

Dated:  December 8, 2022
        New York, New York

Vernon S. Broderick
United States District Judge