```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LEOCADIA RODRIGUEZ,                                        :
                                                           :
                              Plaintiff,                   :
                                                           :      22-CV-1909 (VSB)
              -against-                                    :
                                                           :           ORDER
                                                           :
EDISON RESTARUANT, LUIS ROBERTO                            :
MEDINA, and MALALO MEDINA a/k/k                            :
ZUNILDA NUÑEZ,                                             :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

According to the parties' case management plan, all discovery in this matter should be complete as of December 12, 2022 and the parties should have submitted a joint status letter by December 27, 2022.  (Doc. 22.)

On November 3, 2022, Lauriano Guzman filed a motion to withdraw as counsel for Defendants, citing "irreconcilable differences."  (Doc. 24.)  I endorsed Mr. Guzman's motion and ordered the Defendants to retain new counsel or contact the *pro se* office by December 5, 2022.  (Doc. 26.)  I also directed Mr. Guzman to send a copy of the Order to Defendants, which he documented on November 8, 2022.  (Doc. 27.)  To date, no attorney has filed a notice of appearance on behalf of Defendants, and there is no indication on the docket that Defendants intend to proceed *pro se*.  On December 8, 2022, having heard nothing from Defendants, I ordered Plaintiff to file a letter describing the status of discovery, any attempted or actual contact with the Defendants since filing the case management plan, and whether they are aware of any additional addresses for Defendants other than those that Mr. Guzman served.  (Doc. 28.)  To

date, Plaintiff has not filed any response on the docket.  On December 30, 2022, I held a post-discovery conference in accordance with the case management plan, but no party, or any representative on behalf of the parties, appeared.  Accordingly, it is hereby

ORDERED that Plaintiff shall submit a letter in accordance with my December 8, 2022 order by January 5, 2023.  If Plaintiff fails to comply with this Order, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that Plaintiff serve Defendants with a copy of this Order.

SO ORDERED.

Dated: January 3, 2023
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge