```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LEOCADIA RODRIGUEZ,                                        :
                                                           :
                              Plaintiff,                   :
                                                           :        22-CV-1909 (VSB)
              -against-                                    :
                                                           :             ORDER
                                                           :
EDISON RESTARUANT, LUIS ROBERTO                            :
MEDINA, and MALALO MEDINA a/k/k                            :
ZUNILDA NUÑEZ,                                             :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  According to the parties' case management plan, all discovery in this matter should be complete as of December 12, 2022 and the parties should have submitted a joint status letter by December 27, 2022.  (Doc. 22.)  On November 3, 2022, Lauriano Guzman filed a motion to withdraw as counsel for Defendants, citing "irreconcilable differences."  (Doc. 24.)  I endorsed Mr. Guzman's motion and ordered the Defendants to retain new counsel or contact the *pro se* office by December 5, 2022.  (Doc. 26.)  I also directed Mr. Guzman to send a copy of the Order to Defendants, which he documented on November 8, 2022.  (Doc. 27.)  To date, no attorney has filed a notice of appearance on behalf of Defendants, and there is no indication on the docket that Defendants intend to proceed *pro se*.  On December 8, 2022, having heard nothing from Defendants, I ordered Plaintiff to file a letter describing the status of discovery, any attempted or actual contact with the Defendants since filing the case management plan, and whether they are aware of any additional addresses for Defendants other than those that Mr. Guzman served.  (Doc. 28.)  Plaintiff did not file any letter on the docket.  On December 30, 2022, I held a post-

discovery conference in accordance with the case management plan, but no party, or any representative on behalf of the parties, appeared. I ordered Plaintiff to submit a letter in accordance with my December 8, 2022 Order by January 5, 2023. (Doc. 29.) On January 4, 2023, Plaintiff filed a letter informing me that they have not had any contact with Defendants since speaking with Defendants' counsel prior to the filing of his motion to withdraw. (Doc. 30.) Accordingly, it is hereby

ORDERED that if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 18, 2023.

IT IS FURTHER ORDERED that Plaintiff serve Defendants with a copy of both my January 3, 2023 order and this Order.

SO ORDERED.

Dated: January 11, 2023
      New York, New York

Vernon S. Broderick
United States District Judge