UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
 :
LEOCADIA RODRIGUEZ, :
 :
                Plaintiff, :
 :    22-CV-1909 (VSB)
    -against- :
 :    **ORDER**
 :
EDISON RESTARUANT, LUIS ROBERTO :
MEDINA, and MALALO MEDINA a/k/k :
ZUNILDA NUÑEZ, :
 :
                Defendants. :
 :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On April 25, 2023, I ordered Plaintiff to file any objection to a stay in this matter pending the conclusion of the parties' mediation discussions in the Court's mediation program by May 1, 2023. (Doc. 64.) To date, no objection has been filed. Accordingly, it is hereby

      ORDERED that this case is STAYED pending the conclusion of the parties' mediation discussion in the Court's mediation program. The parties shall provide a joint status update within seven (7) days of the conclusion of the mediation discussions.

SO ORDERED.

Dated: May 2, 2023
       New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge